**Order entered January 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01291-CV

### ESTATE OF ALBERT G. HILL, JR., DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-04117-2**

## ORDER

Based on the Court's opinion of this date, we **DENY** as moot Dallas County Deputy

Clerk Trinidad Pimentel's requests for extension of time to file the clerk's record.

/s/    LANA MYERS
        JUSTICE